# United States Court of Appeals
## For the First Circuit

No. 08-1818

EFRAÍN GONZÁLEZ-FUENTES, et al.,

Petitioners, Appellees,

v.

HON. CARLOS MOLINA, Secretary of Corrections and
Rehabilitation of of Puerto Rico and Administrator of
Corrections of the Commonwealth of Puerto Rico,

Respondent, Appellant.

No. 08-1819

CARMEN RIVERA-FELICIANO, et al.

Plaintiffs, Appellees,
v.

HON. LUIS FORTUNO BURSET, Governor of Puerto Rico;
HON. ROBERTO SANCHEZ-RAMOS, Secretary of Justice of the
Commonwealth of Puerto Rico; HON. CARLOS MOLINA, Secretary
of Corrections and Rehabilitation of Puerto Rico and
Administrator of Corrections of the Commonwealth of Puerto Rico;
HON. JOSE R. LOZADA, Director of the Bureau of Special
Investigations of the Commonwealth of Puerto Rico,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on June 10, 2010, is amended as follows:

On the coversheet replace Susana I. Peñagarícano-Brown, Puerto Rico Department of Justice, with whom Roberto J. Sanchez Ramos, Secretary of Justice and Ileana M. Oliver-Falero, Acting Solicitor General, were on brief, for appellants. with Susana I. Peñagarícano-Brown, Puerto Rico Department of Justice, with whom Roberto J. Sanchez Ramos, Secretary of Justice , Ileana M. Oliver-Falero, Acting Solicitor General, and Carlos A. Del Valle Cruz, Special Counsel, were on brief, for appellants.

On page 13, note 8, line 12 replace "were it to conclude" with "were to conclude"

On page 44, line 1, replace "incidences" with "incidents"

On page 46, line 18, replace "incidences" with "incidents